UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-1259** |
| **SGT. DAVID EDWARDS, LT. STEADMAN, MASTER SGT. RALPH BURCH** | **SECTION: "S"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Larry Smith's 42 U.S.C. § 1983 claims against the Sergeant David Edwards, Lieutenant Steadman, and Master Sergeant Ralph Burch, are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e(e).

New Orleans, Louisiana, this     5th     day of                December                , 2006.

_____
UNITED STATES DISTRICT JUDGE